1
2                                          Honorable Judge _____.
3    :Barbara-Jean: Lasko
4    In care of: 4580 Klahanie Drive S.E. #261
5    Issaquah (98029)                              ___ **FILED**      ___ **ENTERED**
6    The State of Washington (1878)                ___ **LODGED**     ___ **RECEIVED**
7
8                                                        **MAR 0 1 2012**  JS
9
10                                              AT SEATTLE
                                          CLERK U.S. DISTRICT COURT
                                       BY WESTERN DISTRICT OF WASHINGTON
11                                                               DEPUTY
12
13
14            TO THE UNITED STATES DISTRICT COURT FOR THE
15                WESTERN DISTRICT OF WASHINGTON
16                         SEATTLE DIVISION
17
18   **Barbara Jean Lasko**              )   Civil N **CV12  353** MJP
19                                       )
20            **Petitioner.**            )   **PETITION TO QUASH**
21                                       )   **A 3rd PARTY "SUMMONS"**
22        v.                             )
23                                       )   **for March 5th 2012,  9 AM**
24    UNITED STATES OF AMERICA,          )   **520 112th Ave. NE   M/S 704 E/AR**
25    Douglas Shulman, Commissioner;     )   **Bellevue, WA 98004**
26    The §§ 7401, 7601 Secretary_____; )
27    **Alyssa Rucker**, dba Revenue Agent )   **Motion for Declaratory Judgment**
28          Under Badge # 0278589        )   **on Exhibits of Law, IRS' Authority,**
29            **Respondents**            )   **and one's explicit liability**
30    _____
31
32            COURT SHALL NOT DENY FOR WANT OF FORM -
33            "AS ANY REASONABLE PEOPLE UNDERSTAND"
34
35   May it please the court in the interest and appearance of justice:
36     "THE ONE GREAT PRINCIPLE OF [the] LAW IS TO MAKE BUSINESS FOR ITSELF."
37                                          (Charles Dickens, Bleak House)
38   **Jurisdiction, once challenged, cannot be assumed and must be decided.**
39            [*Maine v. Thiboutot*, 100 S. Ct. 250]
40
41            **Affirmati, non neganti incumbit probatio:**
42            *The proof lies upon him who affirms, not on him who denies.*

12-CV-00353-PET

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & **RRA**, of proof of my Liability.*

1    **"Jurisdiction means the power of a court to hear and determine a cause, which**
2    **power is conferred by a constitution or a statute, or both."**
3    *Penn v. Com.* **528 S.E.2d 179, 32 Va. App. 422  (2000)**

4    "Constitutions and laws precede the judiciary"
5    "A right of action cannot arise out of fraud."
6    "Once a fraud, always a fraud"
7    "Void in part; void *in toto*"
8
9
10    Petitioner, Barbara Jean Lasko, hereby petitions this honorable court of

11    competent jurisdiction to quash four (4) third-party record-keeper Summonses,

12    issued to:  Wells Fargo, JPMorganChase, UBS Financial Services, and to Coastal

13    Bank and Trust of  Florida by the Internal Revenue Service and relating to Bank

14    Statements, deposits, loan applications, cancelled check and wire transfers.

15

16                         **I.   JURISDICTION**

17    1.  This honorable court will gain jurisdiction in this action when it substantiates

18         the provisions of Title 26 U.S.C. §§ 7609(b)(2)(A) and 7609(h) as delineated in

19         the attached 1 page Discovery **Exhibit 7609**; and, Title 28 U.S.C. §§ 1331 and

20         1340 as delineated in the attach 1 page **Discovery Exhibit 1331.**

21    2.  Venue appears proper as both the petitioner and 1 respondent IRS agent

22         reside or are found within the geographical jurisdiction of this court.

23

24                         **II  PARTIES**

25    3.  Petitioner Barbara-Jean Lasko, is a Citizen of the republic State of Washington

26         with a legal residence on the soil in Issaquah, Washington.

27    4.  Respondent UNITED STATES OF AMERICA, Internal Revenue Service

28         (hereinafter "IRS") is a federal government entity subject to 4 U.S.C. §72, as

29         delineated in **Discovery Exhibit 4-72**, with its agencies and offices being

30         exercised throughout the corporate United States, and within the Republic

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & **RRA**, of proof of my Liability.*

1      States of the Union.  More specifically, with a federal Internal Revenue Service

2      office located at 520 112th Ave N.E. Suite 300, M/S 704E, above the soil of

3      Bellevue Washington, in the federal zone 98004, from which this action has

4      arisen by one **Alyssa Rucker**, dba IRS agent under Badge # 278589.

5      The 47th IRS Commissioner, Douglas Shulman, and the 26 USC §§ 7601  and

6      7609 Secretary have offices outside of the Western District of Washington.

7      Until controverted by superior evidence of fact or law, Commissioner

8      Shulman exercises Administrative offices inside Washington D.C., and this

9      Secretary of the Treasury, whose name is _____,

10     and address is _____only exercises authority given at

11     **27 CFR**  Part 26.11 (formerly **250.11**) as 'of the Treasury of **Puerto Rico.**'

12   5.   Respondent record-keeper, **Wells Fargo Bank** is a Commercial Banking

13        Corporation, and financial institution, with numerous offices throughout the

14        Western District of Washington.  It is targeted in the Summons at 401 Market

15        ST.  Philadelphia, PA 19106.

16   6.   Respondent record-keeper, **JPMorganChase Bank** is a Commercial Banking

17        Corporation and financial institution, with numerous offices throughout the

18        Western District of Washington.  It is targeted in a Summons at 14800 Frye

19        Road, Fort Worth, Texas 76155.

20   7.   Respondent record-keeper, **UBS Financial Services** is a Commercial Banking

21        Corporation and financial institution, with numerous offices throughout the

22        Western District of Washington.  It is targeted in a Summons at  925 4th Ave

23        Suite 2000,   Seattle WA 98101, here in Washington

24   8.   Respondent record-keeper, **Coastal Bank and Trust of Florida**, is a

25        Commercial Banking Corporation and financial institution, which has no

_This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability._

1  offices or branches in this area.  It is targeted in a Summons at PO Box 12966

2  Pensacola, FL 32591.

3

4  **III   PETITION TO QUASH SUMMONS**

5  9. On or about the 2nd day of February 2012, Alyssa Rucker, dba IRS Revenue

6      Agent under Badge #0278589 issued what is captioned as a third party

7      Summons to **Wells Fargo Bank**, a copy of which was mailed to  (copy of

8      summons attached hereto as **Exhibit WF**, and made a part hereof by reference

9      thereto).

10  10. The summons directed to respondent Wells Fargo Bank  requests the

11      following documentation:

12      All accounts in the name of and/or under the signatory control of Barbara

13      Lasko for the period January 1, 2008 to December 31, 2010 to include:

14      a.  Bank Statements

15      b.  All deposit slips and deposit items

16      c.  Loan applications

17      d.  Cancelled Checks

18      e.  Wire Transfers

19  11. On or about the 2nd day of February 2012, Alyssa Rucker, dba IRS Revenue

20      Agent under Badge #0278589 issued what is captioned as a third party

21      Summons to **JPMorganChase Bank**, a copy of which was mailed to  (copy of

22      summons attached hereto as **Exhibit JPM**, and made a part hereof by

23      reference thereto).

24  12. The summons directed to respondent JPMorganChase Bank  requests the

25      following documentation:

26      All accounts in the name of and/or under the signatory control of Barbara

27      Lasko for the period January 1, 2008 to December 31, 2010 to include:

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1        f.  Bank Statements

2        g.  All deposit slips and deposit items

3        h.  Loan applications

4        i.  Cancelled Checks

5        j.  Wire Transfers

6  13. On or about the 2nd day of February 2012, Alyssa Rucker, dba IRS Revenue

7      Agent under Badge #0278589 issued what is captioned as a third party

8      Summons to **UBS Financial Services**, a copy of which was mailed to  (copy of

9      summons attached hereto as **Exhibit UBS**, and made a part hereof by

10     reference thereto).

11  14. The summons directed to respondent UBS Financial Services, Inc  requests

12     the following documentation:

13     All accounts in the name of and/or under the signatory control of Barbara

14     Lasko for the period January 1, 2008 to December 31, 2010 to include:

15     k.  Bank Statements

16     l.  All deposit slips and deposit items

17     m. Loan applications

18     n.  Cancelled Checks

19     o.  Wire Transfers

20  15. On or about the 2nd day of February 2012, Alyssa Rucker, dba IRS Revenue

21     Agent under Badge #0278589 issued what is captioned as a third party

22     Summons to **Coastal Bank and Trust of Florida**, a copy of which was mailed

23     to  (copy of summons attached hereto as **Exhibit CBTF**, and made a part

24     hereof by reference thereto).

25  16. The summons directed to respondent Coastal Bank and Trust of Florida

26     requests the following documentation:

27     All accounts in the name of and/or under the signatory control of Barbara

28     Lasko for the period January 1, 2008 to December 31, 2010 to include:

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1    p.  Bank Statements

2    q.  All deposit slips and deposit items

3    r.  Loan applications

4    s.  Cancelled Checks

5    t.  Wire Transfers

6  17. It appears printed on the face of document that purports to be the

7    "Summons" (to each party above) that said Summons is issued "In the matter

8    of The individual tax liability of Barbara Lasko SSN- - - " which is a vague

9    statement that does not disclose or establish anything about her liability on

10   the face of the summons.  Does stating the words "tax liability" create any

11   liability for a tax?

12  18. This Petition to Quash is founded upon statute's foundational place in

13   American jurisprudence, and any Examination or Tax Audit should be for a

14   legal purpose under applicable laws.  Thus, anybody protesting or objecting

15   to Petitioner's reliance upon statute can readily be termed "anti-Congress,"

16   and "anti-government," "un-American," even an "anarchist."

17  19. As with any government agency, the IRS must at all times use its statutorily

18   granted summons authority in good-faith pursuit of a congressionally

19   authorized legal purpose.  Under the A.P.A., the IRS has the burden of

20   proving in an adversarial proceeding that its investigation is pursuant to a

21   legitimate legal purpose, and that the information sought is relevant and

22   material to this end.  Good faith is not presumed where the summons power

23   is used or applied *ultra vires* to harass or intimidate an individual "target."

24  20. Also, this Petition to Quash is based on Petitioner Lasko's contentions that:

25   a)  Revenue Agent, Alyssa Rucker is using the summons power to harass and

26    pressure Lasko, for reasons that include the fact that Lasko has heeded the

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA & RRA**, of proof of my Liability.*

1    U.S. Supreme Court precautionary directives[1] which challenge Agent

2    Rucker's to provide her explicit delegated authority and credentials under

3    the law, in Lasko's condition-precedent response to Rucker's December 8,

4    2011 presumptive Letter 3572 and Form 4564 Request to Examine Lasko's

5    papers .  Lasko's 1st Response is **EXHIBIT BJL -1** Letter;  Declaration of

6    Agent Rucker's Delegated Authority is **EXHIBIT BJL-2.**

7    b)  Instead of complying with her legal requirements for burden of proof

8    under the APA  at *5 U.S.C. 556(d) and §§6703, 6902(a) and 7491 of

9    Rucker's own IRC, Title 26[2], Agent Rucker compounds her credibility/

10   integrity problem by issuing papers captioned  "Summons" without any

11   evidence of her delegated authority put on any record to do so.

12   Thus, does it appear that Agent Rucker is now operating *ultra vires* as a

13   rogue agent in collusion with her Supervisory Revenue Officer, *et al.*,

14   under mere pretense of office and color of law?  Since no law or other

15   authority was cited as the ostensible authority for her issuance of 4 papers

16   captioned "Summons", does such lack of evidence implicate her for

17   willful, defiant actions that appear wholly illegitimate to the letter, spirit

18   and intent of the law?

---

[1] In ***Federal Crop Insurance v. Merrill***, 332 U.S. 380, the ***U.S. Supreme Court*** ruled:
"Whatever the form in which the government functions, anyone entering into an arrangement with the government **takes a risk** of having **accurately ascertained** that he who purports to act for the government **stays within the bounds of his authority**, even though the agent himself may be <u>unaware of the limitations upon his authority</u>." (emphasis added)    Also see *Utah Power & Light Co. v. United States*, 243 U.S. 389; *United States v. Stewart*, 311 U.S. 60; and generally, in re *Floyd Acceptances*, 7 Wall. 666. **"Persons dealing with the government are <u>charged with knowing government statutes and regulations</u>, &  they <u>assume the risk</u> that government agents may <u>exceed their authority</u> and  <u>provide misinformation</u>."**  *Lavin v. Marsh,* 644 F.2d 1378 (1981)

[2] Is this like the current U.S. President who spent over a million dollars to attorneys, instead of producing a 1 page Birth Certificate (which implicates that he didn't have the requisite paper of his live birth in the U.S.?)

_This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability._

1      c)   The IRS in general and Revenue Agent Rucker specifically must be aware

2            that there is no legal basis for any kind that would support the issuance of

3            a summons as evidence the complete absence of any citation to any legal or

4            legitimate basis for the proper issuance of 4 papers captioned "Summons"

5            on their face.   And, therefore the IRS knows the summoned data cannot be

6            relevant to any legitimate legal purpose.

7      d)   The IRS already possesses all relevant information to determine whether

8            Lasko may be liable under any internal revenue statute (See EXHIBITS §§

9            6001 and 6011)  The data sought can only potentially provide amounts of

10           transactions which would have no relevance unless there is a legitimate

11           purpose for an investigation to begin with.  No reason for being selected

12           for Examination or for the investigation is stated on the paper inaccurately

13           captioned as a "Summons" (see Memorandum of Law in support) or any

14           other documents already supplied or requested relative to this action.

15           Therefore, the data summonsed is not relevant to any legitimate purpose.

16     e)   [RESERVED]

17   21. **WHEREFORE**, in consideration of the foregoing and the attached

18         Memorandum of Law in support hereof, Petitioner prays that this honorable

19         court **orders the respondents to appear and show cause as to why this court**

20         **should not quash the papers mis-captioned as a "Summons" here involved.**

21     I have not seen any admissible evidence to controvert the facts and laws stated in

22     this Petition to Quash each IRS Summons, and believe and aver that none exists.

23

24     All rights reserved, by adhesion or otherwise, _nunc pro tunc_, RCW 62A.1.308

25         Submitted with respect for the law this _____ day of February, AD 2012.

26
27

28     _MAXIMS of Law:  Where the law is vague, there is no law._          **BARBARA LASKO,** **Petitioner**

29     _Once a Fraud, Always a Fraud.   Void in part, void in toto._         Not an Accommodation UCC 3-419

30                                                                         L.S. Barbara J Lasko

31                                                                         /s/  **Barbara-Jean: Lasko,**

32                                                                         Authorized representative

_This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under FDCPA & RRA, of proof of my Liability._

1   legitimate basis for the proper issuance of 4 papers captioned "Summons"

2   on their face.   And, therefore the IRS knows the summoned data cannot be

3   relevant to any legitimate legal purpose.

4   d) The IRS already possesses all relevant information to determine whether

5   Lasko may be liable under any internal revenue statute (See EXHIBITS §§

6   6001 and 6011)  The data sought can only potentially provide amounts of

7   transactions which would have no relevance unless there is a legitimate

8   purpose for an investigation to begin with.  No reason for being selected

9   for Examination or for the investigation is stated on the paper inaccurately

10   captioned as a "Summons" (see Memorandum of Law in support) or any

11   other documents already supplied or requested relative to this action.

12   Therefore, the data summonsed is not relevant to any legitimate purpose.

13   e)   [RESERVED]

14   21. **WHEREFORE**, in consideration of the foregoing and the attached

15   Memorandum of Law in support hereof, Petitioner prays that this honorable

16   court **orders the respondents to appear and show cause as to why this court**

17   **should not quash the papers mis-captioned as a "Summons" here involved.**

18   I have not seen any admissible evidence to controvert the facts and laws stated in

19   this Petition to Quash each IRS Summons, and believe and aver that none exists.

20

21   All rights reserved, by adhesion or otherwise, _nunc pro tunc,_ RCW 62A.1.308

22   Submitted with respect for the law this ⟨28⟩ day of February, AD 2012.

23
24

25   _MAXIMS of Law: Where the law is vague, there is no law._   **BARBARA LASKO,** Petitioner

26   _Once a Fraud, Always a Fraud.  Void in part, void in whole._   Not an Accommodation UCC 3-419

27   /s/ _Barbara_ ____

28   /s/  **Barbara-Jean: Lasko,**

29   Subscribed & Sworn   this   Authorized representative

30

31   28th day of Feb. 2012

32   Commission expires 10/18/2014

33

34

35

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1                                       Honorable Judge _____.

2    :Barbara-Jean: Lasko

3    In care of: 4580 Klahanie Drive S.E. #261

4    Issaquah (98029)

5    The State of Washington (1878)

6    **425-369-1897  bjlasko@comcast.net**

7

8

9

10

11

12

13

14               **TO THE UNITED STATES DISTRICT COURT FOR THE**

15                   **WESTERN DISTRICT OF WASHINGTON**

16                       **SEATTLE DIVISION**

17

| | | |
|---|---|---|
| 18 | Barbara Jean Lasko ) | Civil No. _____ |
| 19 | ) | |
| 20 | ) | **MEMORANDUM OF LAW in** |
| 21 | Petitioner. ) | **Support** of PETITION to QUASH |
| 22 | v. ) | **A 3ʳᵈ PARTY "SUMMONS"** |
| 23 | ) | **for March 5ᵗʰ 2012, 9 AM** |
| 24 | UNITED STATES OF AMERICA, ) | **520 112ᵗʰ Ave. NE   M/S 704 E/AR** |
| 25 | Douglas Shulman, Commissioner; ) | **Bellevue, WA 98004** |
| 26 | The §§ 7401, 7601 Secretary_____; ) | |
| 27 | Alyssa Rucker, dba Revenue Agent ) | **Motion for Declaratory Judgment** |
| 28 | Under Badge # 0278589 ) | **on Exhibits of Law and Authority** |
| 29 | Respondents ) | |

30    _____

31    May it please the court:

32    "It is the **Internal Revenue Service's mission** to provide America's taxpayers top quality

33            service by helping them **understand** and meet their tax responsibilities by applying

34                      **the tax law with integrity and fairness to all.**"

35

36    "When it comes to **reading tax laws**, it is supposed to be literal, looking only at the exact

37        and precise letter of the law, **assuming** nothing, **presuming** nothing, **inferring** nothing.

38          Unless the letter of the law **explicitly** makes one liable, then he is free of the tax."

39                 ***U.S. v. Merriam,*** 263 U.S. 179, 187-8 (1923).

40

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability*

1  "In the interpretation of statutes levying taxes, it is the established rule not to extend their
2  provisions, by implication, beyond the clear import of the language used, or to enlarge
3  their operations so as to embrace matters not specifically pointed out.  In case of doubt
4  they are construed most strongly against the government, and in favor of the citizen."
5  (cites omitted) *Gould v. Gould* 245 US 151 (1971)
6
7      "…a statute which imposes a tax upon an assumption of fact which the (presumed)
8   taxpayer    is forbidden to controvert is so arbitrary and unreasonable that it cannot stand
9          under the Fourteenth Amendment." *Heiner v. Donnan*, 285 US 312 (1932)
10
11  "Keep in mind the well settled rule that the citizen is exempt from taxation unless the
12  same is imposed in clear and unequivocal language, and that where the construction of
13  law is doubtful, the doubt is to be resolved in favor of those upon whom the tax is sought
14  to be laid." *Spreckles Sugar Refining Co. v. McClain*, 192 US 397 (1904).
15
16  "…if doubt exists as to the construction of a taxing statute, the doubt should be resolved
17          in favor of the taxpayer…" *Hassett v. Welch* 303 US 303, 314 (1938)
18
19      **This Petition to Quash and Request for Declaratory Judgment on the law is**
20      **not meant to delay proper tax collection, but to clarify the pertinent law to**
21      **expedite lawful examination, assessment and tax collection, in this matter.**
22
23

24      Petitioner  :Barbara-Jean: Lasko (hereinafter "Lasko"), submits this memorandum
25  of law and <u>Discovery Exhibits of Law</u> in support of her lawfully-constructed Petition
26  to Quash  4 papers each mis-captioned as a "Summons" issued as being signed by
27  IRS Revenue Agent Alyssa Rucker, the IRS, UNITED STATES OF AMERICA, *et al.*
28  The Petitioner hereby submits to this honorable court Discovery Exhibits of Law as a
29  Mandamus for Declaratory Judgment on each Exhibit, since these have been
30  submitted to IRS Agent Rucker for clarification of the laws applicable to IRS
31  authority, one's liability, and the Summons process legitimacy, but Rucker and the
32  IRS have not even mentioned these foundational laws so exhibited.  NOTE:
33  Discovery Exhibits included herein are updated and customized versions of those
34  (plus other codes ) on file in the public records of **KING COUNTY under File #**

_This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability._

1    20080609001162.   These have been in the public domain since June of 2008 and are

2    self-authenticating documents admissible under **ER 201 (d) Mandatory Judicial**

3    **Notice.**  Until controverted in a judicially written finding of facts and conclusion of

4    laws, these Discovery Exhibits shall stand with their default answers as being

5    applicable to this matter and each shall govern the legality of any action herein.

6    These Exhibits include:

7        Cover Sheet for "EXHIBITS of relevant U.S. CODE Sections"
8        Form 2039  SUMMONS – Refused for Cause  (Just one of the four, as evidence)
9        Exhibit 556 – Administrative Procedures Act
10       EXH 7609 – Special procedures for third-party summonses
11       EXH 1331 – Federal question & 28 USC §1340 Internal revenue; customs duties
12       EXH 4-72  –  Public Offices; at seat of government
13       EXH 7601 – Canvass of Districts
14       EXH 7602 – Examination of books
15       EXH 7603 – Service of summons
16       EXH 7604 – Enforcement of summons
17       EXH 7608 – Authority of IR enforcement officers.
18
19       PAST DUE – 2nd NOTICE OF FAULT w/ 72 Hour OPPORTUNITY TO CURE:
20       EXH 3512 – Public Protection
21       EXH 7201—Liability
22       EXH 6001—Liability
23       EXH 6011 – General requirements
24       EXH 219 –  Officers 3 pages
25       EXH 21 – Federal Register – National Archives
26       IRS Letter 3572
27       Form 4564 – Info Document Request – 4 pages
28
29   Declaration of IRS Agent Rucker's delegated Authority –

30

31   As grounds for her Petition, Lasko contends that the IRS cannot meet the "relevancy

32   and materiality" test required by **_United States v. Powell_**, 379, U.S. 48 (1964).

33   Lasko further contends that the papers improperly captioned "SUMMONS" is

34   nothing more than a presumptive "fishing expedition" without probable cause,

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1   completely void of any "realistic expectation" that information / records sought

2   "may be relevant," therefore it is Lasko's contention that the IRS cannot make any

3   showing greater than an "idle hope" of finding something, as required by the

4   decision in *United States v. Richards*, 631 F. 2d. 341, 345 (4ᵗʰ Cir., 1980).   Also, it is

5   Lasko's contention that the papers improperly captioned "SUMMONS" have been

6   issued in "bad faith" contrary to Powell, *supra*, and therefore shows as follows:

7

8                                    **FACTS**

9   The piece of paper with the word **"Summons"** in bold print at the top makes the

10  statement that it is "issued under the authority of the Internal Revenue Code..."

11  It appears that the Internal Revenue Code does not have any explicit lawful

12  authority as being confirmed by the Congressional Research Service.

13

14        "Is Title 26, of the United States Code, law?

15        This question stems from the fact that some titles of the United States

16        Code (U.S.C.) are "positive law" and others are not.  Title 26, Internal

17        Revenue, has not been enacted as positive law.

18

19        The U.S.C. is divided into fifty titles. Of the fifty titles, twenty and part of

20        another have been enacted into positive law.  If a title has been enacted

21        into positive law, then the text of that title constitutes legal evidence of the

22        laws in that title.  If the title has not been enacted into positive law, then

23        the title is **only** *prima facie* evidence of the actual law.  The courts could

24        require proof of the underlying statutes, which are the positive law when

25        the title has not been so enacted.

26

27  All laws in all of the titles not codified as positive law receive their authority

28  from the United States Statutes at Large which have been codified in the United

29  States Code of Federal Regulations.  For example: 26 U.S.C. § 7602 gets its "rule

30  making authority" from Title 27, Part 70.

31

Petition to Quash a "SUMMONS"                12 of 21                :Barbara-Jean: Lasko

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1   Michael L. White, Attorney for the office of the Federal Register, in a letter dated
2   May 16, 1994, **EXH 21**, writes:

3   "The Director of the Federal Register has asked me to respond to your inquiry.
4   You have asked whether Internal Revenue Service provisions codified at 26 U. S. C.
5   6020, 6201, 6203, 6301, 6303, 6321, 6331 through 6343, 6601, 6602, 6651, 6701, 7207,
6   and 7601-7606 have been processed or included in 26 CFR part 1. (Income Tax)
7
8   "The Parallel Table of Authorities and Rules, compiled and published by the office
9   of the Federal Register (OFR) as a part of the CFR Index" indicates that
10  implementing regulations for the sections cited above have been published in
11  various parts of title 27 of the Code of Federal Regulations (CFR). There are no
12  corresponding entries for title 26… (Emphasis is in text)
13
14  "Our records indicate that the Internal Fevenue Service has not incorporated by
15  reerence in the Federal Register…a requirement to make an income tax return."
16

17  The Code of Federal Regulations is a codification of the Federal Register and
18  "the contents of the Federal Register shall be judicially noticed and without
19  prejudice to any other mode of citation ... (USC 44, §1507).
20

21  Lasko has evidence to show that each of the 4 summonses appear facially deficient
22  and issued in error.  Until controverted by substantive superior definitive
23  documentation, the only relevant evidence that Lasko has seen raises questions
24  about the 4 Summonses that Rucker just signed for apparently vague purposes:
25
26  A "**Summons**" is a mandate of **court** and means supplied by law for
27  assertion of jurisdiction. *Lybrand v The State Co. 184* S. E. 580 179 S.C.
28
29  What court issued the summons?  [See EXH 7604]
30  What Judge signed it?
31
32  The object of service of a "Summons" is not only to give notice to the
33  defendant of pendency of **suit** against him but to bring him under
34  jurisdiction of the **court.**
35  *Coever v Cresent Lead and Zink Corp* 286 W.W. 3, 10, 315 Mo. 276.
36
37  What suit is pending?
38  Can Agent Rucker produce evidence of a suit/claim?  There is no legal
39  action that Lasko knows of. Does this appear to be a "fishing expedition?"

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1
2    The function of the "Summons" is to bring defendant within jurisdiction of
3    the **court** and to give him notice of action [in court] and opportunity to
4    appear and defend, and is the usual means of acquiring of the person of
5    defendant. *Raines v. Posston*, 38 S.E. 2d 145, 146, 208 S.C. 349
6
7    The "Summons" issued by the Internal Revenue Service was not requested,
8    ordered or issued by a judge and was not delivered by a legal summons server,
9    correct?
10
11   Does said Summons refer to the law or the authorizing code(s) (required at 1
12   CFR 2.22) that converted Lasko, an individual, into a "taxpayer" within the scope
13   of Title 26?      Does this Summons state or refer to any valid legal claim over
14   Lasko's property?     See Discovery **Exhibit 7609**.
15
16   Further, under the Privacy Act, the document ordering 4 Banks to provide
17   information about me does not display a required valid OMB # and expiration
18   date. See **EXH. 3512**. 44 USC §3512 is a complete defense since these 4
19   Summonses violate this Public Protection law, and cannot lawfully require one to
20   provide any information to the Internal Revenue Service.
21
22   According to the IRS, which plainly states in many of its presentment notices:
23   "The **Privacy Act** of 1974 and the **Paperwork Reduction Act** of 1980 (*44 USC) say that when we
24   (IRS) **ask you** for information we **must first tell you our legal right to ask for the information,**
25   why we are asking for it, and how it will be used. We must also tell you what could happen if we
26   do not receive it and whether your response is voluntary, required to obtain a benefit, or
27   mandatory under the law… (EXH. 3512)
28   "Our legal right to ask for this information is Internal Revenue Code §§ 6001, 6011[3], and 6012(a)
29   and their regulations. They say that you must 'make a return **or** statement' for any tax you are
30   liable for[1]…"
31   What statute at large/IRS code § would a prosecutor cite to assert that I have a legal obligation
32   there-under?
33
34   The piece of paper with the word **"Summons"** in bold print at the top makes the
35   statement that it is "issued under the authority of the Internal Revenue Code…".
36   Which Section provides such authority[4]?   Somewhere in the 10,000 + pages there

---

[3] **26 USC §§ 6001 & 6011** state "Every person **liable for…**" and "…any person **made liable for** any tax
imposed by this title…" resp. (**emphasis** added) *My Question: How can I know IF I am liable under
this title?* **Please cite.**
[4]  Agency is Responsible for its Regulations of Authority
**1 C.F.R. § 21.41  Agency responsibility.**
 (a) Each issuing agency is responsible for the accuracy and integrity of the citations of authority in the

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under FDCPA & RRA, of proof of my Liability.*

1 must be an applicable section which must be specifically cited therein to verify
2 such IRS authority.

3 The Internal Revenue Code does not have any authority of its own; The IRC has
4 to rely for its authority (as do the other 49 USC Titles) on the underlying positive
5 rules and regulations.  This is confirmed by the <u>Congressional Research service</u>:

7 **<u>"Is Title 26, of the United States Code, law?</u>**

9     "This question stems from the fact that some titles of the United States
10     Code (U.S.C.) are "positive law" and others are not.  Title 26, Internal
11     Revenue, has not been enacted as positive law.

13     "The U.S. C. is divided into fifty Titles.  Of the fifty titles, twenty and part
14     of another have been enacted into positive law.  If a title has been enacted
15     into positive law, then the text of that title constitutes legal evidence of the
16     laws in that title.  If the title has not been enacted into positive law, then
17     the title is **<u>only</u> *prima facie* evidence** of the actual law.  The courts could
18     require proof of the underlying statutes, which are the positive law when
19     the title has not been so enacted."

21 The IRS is governed by Title 26 of the United States Code, a non-positive law at
22 best known as "*prima facie*" evidence of law.  All laws in **all** of the titles that are
23 not codified as positive law receive their authority from the <u>United States</u>
24 <u>Statutes at Large</u> which have been codified in the <u>United States Code of Federal</u>
25 <u>Regulations (CFR)</u>.  26 USCA §7602 gets its "rule making authority" from CFR
26 Title **27**, Part 70 for BATF (Bureau of Alcohol, Tobacco, and Firearms).

28 The Summons is sent without a certified attestation, but signed by Alyssa
29 Rucker, d.b.a Tax Compliance Officer, which is probably very similar to a
30 Revenue Agent[5]

32 In the <u>Internal Revenue</u> Manual (the Bible of the IRS) 11 1 1.61(2) - in 1972:

---

documents it issues.
**1 CFR § 22.2  Authority citation.**
The authority under which an agency issues a notice <u>shall be cited in narrative form</u> within text or <u>in parentheses</u>
on a separate line following text. [Emphasis added]  *Where is that verified authority in this Form 2039?*
*Nowhere.*
[5] **"Revenue Agent."** Until proven otherwise, the only definition of revenue agent we can find is in <u>27</u>
<u>C.F.R.§ 250.11</u> and is defined as: "Revenue Agent means any duly authorized Commonwealth Internal
Revenue Agent of the Department of the Treasury of **Puerto Rico**."   Authority of internal revenue
enforcement officers.  (a) Enforcement of **Subtitle E** and other laws pertaining to **liquor, tobacco, and**
**firearms.**   → *Does this not describe Agent Laura D Angelone?*

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & **RRA**, of proof of my Liability.* ~BJL~

(a)  Alcohol, Tobacco and Fire arms activity transferred to Department of the Treasury as a *separate bureau*...

When this change was made the ATF took with it certain sections of Title 26. Among those sections named in Title 27 are §§ 7601 through 7606.  The authority to summons.  The Internal Revenue Manual recognizes this fact in 1112.4

**1112.4  District Offices**

**1112.41 Mission**

The mission of district (area) offices is to administer the internal revenue laws (except those relating to alcohol, tobacco and firearms) within its geographically defined **internal revenue districts** and to provide services to, and contact with, taxpayers.

Please NOTE:  the words "**internal revenue**" do not appear anywhere in the 26 USC sections involving income tax, Chapters A, B, and C.

Further, "Internal revenue" is legally defined completely differently than "Income."  [*See footnotes 1-4 of Discovery Exhibit 7602.*]

Title 27 (Excise Taxes) has nothing to do with Title 26 Part 1 (Income Tax).

Title 27 CFR Part 70 is involved <u>only</u> with Alcohol, Tobacco Products and Firearms.  Therefore, does it appear that a **Form 2039 "Summons"** can only be used by the Bureau of Alcohol, Tobacco and Firearms?

27 CFR 70:

Subpart A    Scope

70.1 General

This part sets forth the procedural and administrative rules of the **Bureau of Alcohol, Tobacco and Firearms** for:

(a)  the issuance and enforcement of **summonses,** examination of books of account and witnesses, administration of oaths, entry of premises for **examination of taxable objects,** granting of rewards for information, canvas of regions for **taxable objects** and persons, and authority of **ATF officers.**

Is Revenue Agent Rucker an ATF officer, or does Rucker work for the BATF?

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1  Lasko can find nowhere in 27 CFR 70 where it refers to IRS, IRS Agent, Revenue

2  Agent, District Director, Form 2039, or Chief, Collection Branch.  In fact, I find

3  the following definitions:

4      ***ATF officer***, to mean an officer or employee of the Bureau of Alcohol,

5      Tobacco and Firearms (ATF) authorized to perform any function relating

6      to the administration or enforcement of this part;

7

8      ***Bureau*** to mean The Bureau of Alcohol, Tobacco and Firearms,

9      Department of the Treasury, Washington, D.C. 20226;

10

11      ***Chief, Tax Processing Center***, the ATF officer principally responsible for

12      administrating regulations in this part concerning special occupation tax

13      and also responsible for filing tax liens and issuing third party levies and

14      for disbursing money due to taxpayers under the provisions 26 U.S.C.

15      enforced and administered by the **Bureau.**

16

17  For the sake of discussion, Title 26, Section 7602 (a) AUTHORITY TO SUMMON:

18  the underlying positive law that gives Section 7602 its authority is in the <u>Code of</u>

19  <u>Federal Regulations</u>, Title 27 Part 70.23.

20      (b) **Summonses.**  For the purposes of this section the officers and employees of

21      the **Bureau** (of Alcohol, Tobacco, and Firearms] designated in paragraph (c)

22      of this section are authorized to summon the **person liable** for tax...

23

24  Paragraph (c) refers to:

25      (c) Persons who may issue summonses.  The following officers and employees of

26      the **Bureau** are authorized to issue summonses pursuant to 26 U.S.C. 7602:

27        (1) Regional director (compliance, and

28        (2) Office of Inspection: Assistant Director, Deputy Assistant Director,

29        and regional inspectors.

30  So, is Agent Rucker one of the above with lawful authority to issue a summons?

31

32  Title 27 Part 70.23 Service of summonses.

33      (a) *In general.*  A summons issued under **26 U.S.C. §7602** shall be served by an

34      attested copy delivered in hand to the person to whom it is directed, or left at his

35      last and usual place of abode.

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under FDCPA & RRA, of proof of my Liability.*

1    Who can serve a summons?  Does Agent Rucker have the delegated authority to
2    serve a summons?
3        A "Summons" is the name of writ, commanding the **Sheriff, or other authorized**
4        **officer,** to notify the party to appear in **court** to answer a complaint made against
5        him and in said writ specified, on the day therein mentioned.  *Johns v. Phoenix*
6        *Nat'l Bank* 56 P. 725, 726, G. Aviz 290.
7
8    What Sheriff or other authorized officer delivered this piece of paper?
9        A "Summons" may be served by any person who is at least 18 years of age and
10       **not a party** to the action." *Caldwell v., Copula* 219 Cal. App.3rd, 859
11       "prohibiting personal service of process by parties... " "**discouraging fraudulent**
12       **service** by persons with an **adversarial interest** in a legal action."
13
14   I really don't think Agent Rucker would be foolish enough to serve an actual
15   Summons herself because that would put her in jeopardy.  So, please, may I have
16   the name of the legal server. (If somebody else told you it was alright to serve
17   this summons this way, please share this letter with them, then both of you
18   should take a trip to the law library.)
19   Title 27 Part 70.23 (b) *Persons who may serve summonses.*
20       The following officers and employees of the **Bureau** are authorized to serve a
21       Summons issued under 26 U.S.C. 7602:
22       (1)  The officers and employees designated in paragraph (c) of paragraph 70.22
23       and
24       (2) Chiefs, field operations, area supervisors, inspectors, regional audit managers
25           and auditors, Compliance Operations; special agents, Internal Affairs; and all
26           special agents.
27           **Law Enforcement.**  The authority to serve a summons may be re-delegated
28           **only** by the Assistant Director, office of Inspection, and regional directors
29           (compliance), to officers and employees **under their jurisdiction.**
30
31   **Which one of the positions in the Bureau of Alcohol, Tobacco, and Firearms**
32   **described above identifies Agent Rucker?**
33       A "Summons" is a **process,** a means of bringing a defendant into **court** so
34       that court acquires jurisdiction of his person, and is wholly stationary
35       matter, and **unless defendant is served in a manner provided by law,**

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1       **court is without authority to proceed.** *State ex rel Ballew v. Hawkins*, Mo.

2       app., 361 S.W. 2nd 852, 857

3

4   Was this piece of paper, captioned a "Summons," targeting Lasko, served in a

5   manner provided by law by Revenue Agent Rucker, operating out of IRS offices

6   in Bellevue, Washington?

7

8   Pursuant to 26 USC §§7602(a), 7609(a)(3), I.R.M. §§ 4022.62(1) and 4022.63, and 26

9   C.F.R. § 1.6001-1, a true Summons must state on its face the "liability" actual or

10   ostensible for which it is issued.

11

12   The paper captioned as a "Summons" issued in this case by respondent Agent

13   Rucker fails to state any liability, actual or ostensible for which purpose the

14   summons may have been issued.

15

16   The face of each captioned "Summons" fails to cite any authority to issue and/or

17   enforce it as required under 1 C.F.R. §22.2.

18

19   The IRS has broad authority to issue summonses under 26 U.S.C. § 7602.

20   Under <u>Powell</u>, *supra* the government must first establish a *prima facie* case by

21   "showing" that:

22       (1) that the summons was issued for a legitimate purpose.

23       (2) the summoned data may be relevant to that purpose.

24       (3) the data is not already in the government's possession; and

25       (4) the administrative steps required by the Internal Revenue Code for

26       issuance and service of the summons have been followed (<u>Powell</u>, *supra*

27       379 U.S. at 57-58).

28

29     It is well settled precedent summons must state the "liability" (actual or

30   ostensible) for which it is issued in compliance with the requirements of 26

31   U.S.C. §§ 7602(a), 7609(a)(3), I.R.M. §§ 4022.62(1) and 4022.63, and 26 C.F.R. §

32   1.6001-1. The 4 quasi-summonses issued by respondent Rucker in this case fail to

33   state any liability, actual or ostensible for which purpose any summons may

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1   have been issued. It is clear on the face of each summons that Rucker has not

2   cited any authority to issue and enforce the 4 captioned "summonses".

3       Internal Revenue Code § 7602(a)(1) authorizes the IRS "[t]o examine any

4   books, papers, records, or other data which may be relevant or material" to "...

5   "determining the liability of any person for any internal revenue tax."

6   However, in order to force compliance with the summons the IRS must clearly

7   show a "realistic expectation" that the information sought would be "relevant or

8   material" to the legitimate purposes of a summons, and is not merely a "fishing

9   expedition" conducted in the "idle hope" that they will find something. *United*

10  *States v. Bisceglia*, 420 U.S. 141 (1975); *United States v. Richards,* 631 F. 2d 341, 345

11  (4th Cir., 1980); *United States v. Harrington*, 388 F. 2d 520, 524 (2d Cir., 1968).

12      The burden is upon the United States to show that the information sought is

13  "relevant to proper purpose" *United States v. Euge*, 444 U.S. 707, 712 (1980); *United*

14  *States v. Huckaby*, 776 F. 2d 564, 567 (5th Cir., 1985).

15      It is readily apparent from the face of each "summons" that Agent Rucker

16  claimed no "legitimate purpose" in issuing the 4 summonses. Therefore, Rucker

17  has no "legitimate purpose," for the issuance/signing of her 4 summonses.

18  Petitioner Lasko is unable to find published in the federal register any notice that

19  opening a bank account and creating signature cards or depositing of monies in

20  one's bank account amounts to a violation of any internal revenue law.

21  Further, the IRS has failed and refused to identify any tax law which Lasko is

22  being investigated under, which indicates that this summons is clearly a "fishing

23  expedition" devoid of any "realistic expectation" and does not rise to any level

24  greater than "idle hope." *United States v. Richards*, 631 F. 2d at 345.

25      Absent legal authority for issuance and legitimate purpose for enforcement of

26  the summons, nothing in Lasko's bank records could possibly give rise to a

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under **FDCPA** & RRA, of proof of my Liability.*

1  "realistic expectation" of those records being relevant to any legitimate

2  investigation.   Thus, Petitioner Lasko contends that the summons is issued in

3  "bad faith" with no verifiable purpose other than to harass and intimidate Lasko.

4  It is unclear at this time what "bad faith" purpose Rucker is pursuing in issuance

5  of this Summons, except harassment.   Thus, discovery and an evidentiary

6  hearing with a declaratory judgment will in all likelihood be required to

7  determine the true purpose of each captioned Summons [Powell, *supra* 379 U.S.

8  at 58; *United States v. McCarthy*, 514 F. 2d. 368 (3rd Cir., 1975].

9      Lasko has not seen any admissible evidence to controvert the facts and laws stated

10  in the Petition and memorandum in support hereof, and believe that none exists.

11      **Wherefore,** Petitioner Lasko requests that each of the 4 Summons be quashed.

12      All rights reserved, by adhesion or otherwise, *nunc pro tunc*, RCW 62A.1.308

13      Submitted with respect for the law this 28 day of February, AD 2012.

14

15  *MAXIMS of Law:  Where the law is vague, there is no law.*   **BARBARA LASKO,  Petitioner**

16  *Once a Fraud, Always a Fraud.   Void in part, void in toto.*   Not an Accommodation. USC 3-419

17  L.S. *Barbara J Lasko*

18  **/s/ :Barbara-Jean: Lasko,**

19  Authorized representative

20

21  *Transmitted w/o prejudice. Valid until substantively controverted by superior fact or law, in writing.*

22  Before me, a Notary Public, on this day, personally appeared  :Barbara-Jean: Lasko .

23  Subscribed and sworn before me on this ___ day of February  2012.

24

25  Notary Public                                    My Commission Expires:

26

27

28

29

30

31

32

33

34

*This is my timely bona fide Offer to pay income taxes upon receipt from IRS, under FDCPA & RRA, of proof of my Liability.*

1  "bad faith" with no verifiable purpose other than to harass and intimidate Lasko.

2  It is unclear at this time what "bad faith" purpose Rucker is pursuing in issuance

3  of this Summons, except harassment.   Thus, discovery and an evidentiary

4  hearing with a declaratory judgment will in all likelihood be required to

5  determine the true purpose of each captioned Summons [Powell, *supra* 379 U.S.

6  at 58; *United States v. McCarthy*, 514 F. 2d. 368 (3rd Cir., 1975].

7      Lasko has not seen any admissible evidence to controvert the facts and laws stated

8  in the Petition and memorandum in support hereof, and believe that none exists.

9      **Wherefore,** Petitioner Lasko requests that each of the 4 Summons be quashed.

10      All rights reserved, by adhesion or otherwise, *nunc pro tunc,* RCW 62A.1.308

11      Submitted with respect for the law this _____ day of February, AD 2012.

12

13  *MAXIMS of Law: Where the law is vague, there is no law.*          **BARBARA LASKO,** Petitioner

14  *Once a Fraud, Always a Fraud.   Void in part, void in toto.*          Not an Accommodation UCC 3-419

15                                                    U.S.

16                                                    /s/ :Barbara-Jean: Lasko,

17                                                    Authorized representative

18

19  *Transmitted w/o prejudice.  Valid until substantively controverted by superior fact or law, in writing.*

20      Before me, a Notary Public, on this day, personally appeared :Barbara-Jean: Lasko .

21      Subscribed and sworn before me this 29 day of February  2012.

22

23  (Notary Public)                                  My Commission Expires: 10/18/2014

24

25

26

27

28

29

30                          CERTIFICATE OF SERVICE

31

32      I CERTIFY that a true and correct copy of the foregoing   true and correct copy of:

33

34  -Alleged DEFENDANT'S NOTICE OF SETTLEMENT for SPEEDY RESOLUTION