THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA JEAN LASKO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. C12-353-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the petition to quash a third-party summons filed by Donald T Grahn. (Dkt. No. 2.) Mr. Grahn is not a party to this case. His petition appears to be related to his own legal affairs, not those of Plaintiff Lasko. Mr. Grahn's naked assertion that "the issues/arguments are about 90% the same" is not a sufficient basis for joinder. Mr. Grahn's petition is hereby STRICKEN.

DATED this 19th day of March 2012.

        William M. McCool
        Clerk of Court

        s/Tim Farrell
        Deputy Clerk