THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA JEAN LASKO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. C12-353 JCC<br><br>ORDER |

This matter comes before the Court on petitioner's motion to quash a third-party summons. (Dkt. No. 1). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion for the reasons explained herein.

Petitioner alleges that on February 2, 2012, the IRS issued summonses to Defendant Banks for the purpose of determining Petitioner's tax liability. The summonses directed Defendant Banks to appear on March 5, 2012 with the requested information. On March 1, 2012, Petitioner filed a motion to quash these summonses. Plaintiff provides no basis for her standing to challenge a third-party summons. Further, the matter appears to be moot. Accordingly, the motion is DENIED.

//

ORDER
PAGE - 1

1     The Clerk is DIRECTED to CLOSE the case.

2     DATED this 23rd day of April 2012.

 

                                                  */s/ John C. Coughenour*

                                                John C. Coughenour
                                                UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2